# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

*REC # 7138*
*# 24.22*

4/28/10

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

        RE:   John C. And Catherine A. Starkweather
               BK No.: 08-20205

Dear Clerk:

     It appears from the canceled checks filed herein, that the funds belonging to the estate of the above-named Debtor have been disbursed in accordance with Orders entered herein, excepting the following check:

| Check No. | Payable To | Amount | Claim No. |
|---|---|---|---|
| 102 | Pediatrics Grp of U of R<br>601 Elmwood Ave<br>Rochester, NY 14620-3899 | $24.22 | 1 |

where more than ninety (90) days have elapsed since the final notice and the creditor could not be located.

     Enclosed is a Trustee's check payable to the Clerk of the U.S. Bankruptcy Court for the Western District of New York, for the sum of $24.22 representing said dividend check.

Very truly yours,

Douglas J. Lustig

DJL/mms
Encl.



F I L E D
**4/28/2010**
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397    www.cdlawyers.com